**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**RICHARD ALAN DAVIS**
**ADC #89568**                                                                                                     **PLAINTIFF**

**V.**                          **NO. 5:12CV00371-BSM-BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction et al**                            **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by Magistrate Judge Beth Deere, along with the objections filed by Mr. Davis, have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT Mr. Davis's claims against defendants Hazel Robinson and Larry May are dismissed without prejudice. Robinson and May are dismissed as party defendants.

DATED this 15th day of October 2012.

_____
UNITED STATES DISTRICT JUDGE