**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**RICHARD ALAN DAVIS
ADC #89568**                                                                                **PLAINTIFF**

**V.**                 **CASE NO. 5:12CV00371 BSM**

**RAY HOBBS, Director,
Arkansas Department of Correction et al.**                     **DEFENDANTS**

**ORDER**

The partial recommended disposition filed by Magistrate Judge Beth Deere, addressing Mr. Davis's motion to amend his complaint, has been reviewed, along with the filed objections. After careful review and conducting a *de novo* review of those portions of the record to which Mr. Davis objects, it is concluded that the partial recommended disposition should be, and hereby is, adopted in all respects.

Accordingly, Mr. Davis's motion to amend his complaint [Doc. No. 32] is DENIED.

IT IS SO ORDERED this 11th day of March 2013.

                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE